UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KAO SAETURN,

        Plaintiff,

                                    Civil No. 06-1520-HA

    v.

                                    JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

Based on the record,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision denying plaintiff's application for benefits is AFFIRMED.

Dated this  5  day of September, 2008.

                                                      /s/ ANCER L. HAGGERTY
                                                      ANCER L. HAGGERTY
                                             UNITED STATES DISTRICT JUDGE